■ In the Matter of the Claim of STANLEY R. BOMWELL, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent. Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 20, 1975, which affirmed the decision of a referee sustaining the initial determinations of the Industrial Commissioner (1) disqualifying claimant from receiving benefits effective August 24, 1974 because he voluntarily left his employment without good cause and (2) holding that claimant willfully made ɛ false statement to obtain benefits by reason of which a forfeiture of four effective days was imposed as a penalty in reduction of his future benefit rights. There is substantial evidence in this record to support the board's finding that claimant left his employment for the purpose of reestablishing his residence in another area of the State. As to the board's finding that the claimant made a willful misrepresentation when he stated that he was no longer working because business was slow, the board properly imposed a forfeiture (Labor Law, § 594). Willful misrepresentation is a question of fact and the board's decision, supported by substantial evidence, should not be disturbed *(Matter of Kansky [Catherwood],* 27 AD2d 887). Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.

■ In the Matter of the Claim of VITO FAZIO, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent. Appeal from a decision of the Unemployment Insurance Appeal Board which disqualified claimant from receiving benefits effective July 29, 1974 on the ground he voluntarily left his employment without good cause and held that he willfully made a false statement to obtain benefits for which a forfeiture of four effective days was imposed. The issues involved depend solely on questions of fact and particularly credibility and since the board's decision is supported by substantial evidence it must be affirmed (see, e.g., *Matter of Schlags [Catherwood],* 34 AD2d 597). Decision affirmed, without costs. Herlihy, P. J., Sweeney, Main, Larkin and Reynolds, JJ., concur.